```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS
```

CHARLES BECK,
    Plaintiff,

    v.                                   CIVIL ACTION NO.
                                        16-10759-MBB

MASSACHUSETTS BAY TECHNOLOGIES, INC.,
BRIAN FALLON, and CHARLES FALLON,
    Defendants.

## FINAL JUDGMENT

**January 8, 2018**

**BOWLER, U.S.M.J.**

    In accordance with the parties' stipulation, it is **ORDERED** and **ADJUDGED** that the complaint is **DISMISSED** without prejudice and all counterclaims are **DISMISSED** with prejudice.

                                        /s/ Marianne B. Bowler
                                      **MARIANNE B. BOWLER**
                                      United States Magistrate Judge